IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00246-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN RODRIGUEZ-OZORZO,
a/k/a Juan Felipe Rodriguez-Osorio,
a/k/a Jose Rodriguez-Ozorzo,
a/k/a Jose Felipe Rodriguez-Osorio,

    Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is ORDERED that all pretrial motions shall be filed by **July 28, 2006** and responses to these motions shall be filed by **August 4, 2006**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Monday, September 11, 2006 at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a two-day jury trial is set for **September 18, 2006 at 1:30 p.m.**

DATED: July 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge