IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00246-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN RODRIGUEZ-OZORZO,
a/k/a Juan Felipe Rodriguez-Osorio,
a/k/a Jose Rodriguez-Ozorzo,
a/k/a Jose Felipe Rodriguez-Osorio,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition (Dkt. # 12) was filed in the above matter on August 3, 2006.  A Change of Plea hearing is set for **Monday, September 11, 2006 at 10:00 a.m.,** in lieu of the final trial preparation conference.  **Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on September 1, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for September 11, 2006, and the two-day jury trial in this matter, set to commence September 18, 2006, are VACATED.

DATED: August 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge